

COM.

v.

**BARD, J.**

**1460 MDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–28–CR–0000206–2014

CP–28–CR–0001558–2012

CP–28–CR–0001856–2013

(Franklin)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**BARD, J.**

**1461 MDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–28–CR–0000206–2014, CP–28–CR–0001558–2012, CP–28–CR–0001856–2013 (Franklin)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**BARD, J.**

**1462 MDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–28–CR–0000206–2014

CP–28–CR–0001558–2012

CP–28–CR–0001856–2013

(Franklin)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INT OF: D.C., D.C. and D.C.**

Appeal of: J.F.

**1548 MDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–38–DP–0000025–2014

CP–38–DP–0000026–2014

CP–38–DP–0000027–2014

(Lebanon)

Affirmed

